IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACLYN ALTMAN : CIVIL ACTION
:
v. :
: No. 10-545
LIBERTY HELICOPTERS, et al. :

## ORDER

AND NOW, this 29th day of July, 2010, the motion of defendant Liberty

Helicopters, Inc. to dismiss the complaint for failure to join an indispensable party is denied

as moot. Liberty's motion to transfer this action to the United States District Court for the

District of New Jersey (docket no. 7) is granted. The Clerk is directed to transfer this action

to the District of New Jersey.

Liberty Helicopter, Inc.'s motion for oral argument (docket no. 23) is denied.

A memorandum accompanies this order.


BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.